**Jackson Quintero FIGUEROA,**
**Appellant,**

v.

**Linda SANDERS, Warden, FCI–Forrest City, Arkansas, Appellee.**

No. 06–3786.

United States Court of Appeals,
Eighth Circuit.

Submitted: July 5, 2007.

Filed: July 11, 2007.

Jackson Quintero Figueroa, Forrest City, AR, pro se.

E. Fletcher Jackson, U.S. Attorney's Office, Little Rock, AR, for Appellee.

Before SMITH, GRUENDER, and SHEPHERD, Circuit Judges.

[UNPUBLISHED]

PER CURIAM.

Jackson Quintero Figueroa appeals the district court's[1] denial of his 28 U.S.C. § 2241 motion challenging the Bureau of Prisons assignment of his Residential Reentry Center placement date. We dismiss the appeal as moot, because Figueroa was released from custody on April 6, 2007. *See Calderon v. Moore,* 518 U.S. 149, 150, 116 S.Ct. 2066, 135 L.Ed.2d 453 (1996) (per curiam) (when event occurs during pendency of appeal that renders it impossible for court—if it should decide case in appellant's favor—to grant effective relief, court will dismiss appeal as moot).

---

1. The Honorable James M. Moody, United States District Judge for the Eastern District of Arkansas, adopting the report and recommendations of the Honorable John F. Forster, Jr., United States Magistrate Judge for the Eastern District of Arkansas.